IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

NORMAN H. MAY                                                                                    PETITIONER

v.                                            No. 6:16-CV-06003

WENDY KELLY                                                                                     RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 21) from Chief United States Magistrate Judge Barry A. Bryant, and timely objections (Doc. 22) from Petitioner Norman H. May.  The Magistrate recommends that Petitioner's petition for a writ of habeas corpus (Doc. 1) be denied as procedurally barred, or in the alternative because it fails on its merits.  The Magistrate further recommends that no certificate of appealability issue.  Upon due consideration, the Court finds that Petitioner's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations, that the Magistrate's report does not otherwise contain clear error, and that the report (Doc. 21) should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner's petition for a writ of habeas corpus (Doc. 1) is DENIED and this case is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE