IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

NORMAN H. MAY                                                                                       PETITIONER

v.                                         No. 6:16-CV-06003

WENDY KELLY                                                                                        RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the habeas petition in this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE